CHEMICAL BANK AND TRUST COMPANY, Respondent, v. EUREKA NATURAL GAS CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

KING R. GRAHAM, Respondent, v. E. F. DREW & Co., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, and the *ex parte* order staying the trial of this action made herein on the 20th day of April, 1931, is vacated. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JULIA KINDGA, Administratrix, etc., of MICHAEL B. KINDGA, Deceased, Respondent, v. CHARLES F. NOYES Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

MARTHA E. ARMSTRONG, Respondent, v. ROGDON HOLDING CORPORATION, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the condition that the defendant Rogdon Holding Corporation, within ten days from service upon it of a copy of the order to be entered hereon, with notice of entry thereof, execute and deliver to plaintiff's attorneys an undertaking pursuant to the provisions of section 598 of the Civil Practice Act, with sufficient sureties to be approved by a justice of the Supreme Court, that the defendant, appellant, will pay any deficiency which may occur upon the sale of the mortgaged premises under foreclosure herein, with interest and costs, and all expenses chargeable against the proceeds of the sale, not exceeding a sum to be fixed by a justice of the court below. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SAMUEL ULLMAN and Others, as Executors, etc., of MORRIS GARFINKEL, Deceased, and Others, Appellants, v. THE BANK OF UNITED STATES, Respondent, Impleaded with Another.— Orders affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and the costs awarded to the defendant, respondent, by the order of March 29, 1930. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BERNARD LEVAY, Appellant, v. ISIDORE HELITZER & BRO., INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HARRY BERGER v. FORTY-EIGHTH AND FIFTY-SIXTH STREETS REALTY CORPORATION and Others, Impleaded, etc.— Motion to dismiss appeal denied, but without prejudice to renewal if appellants are guilty of or ask for further delay. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.